

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 25, 2022

**BY ECF**

Hon. Jesse M. Furman
United States District Court
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Nathaniel Chastain</u>, 22 Cr. 305 (JMF)

Judge Furman:

    The Government moves, pursuant to Federal Rule of Criminal Procedure 16(d), for a protective order in the above-captioned case. A proposed order is attached. The defendant, Nathaniel Chastain, has consented to the proposed order through his attorneys. Please let the parties know if you have any questions.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

              by:  __*Thomas Burnett*_____
                    Thomas Burnett
                    Nicolas Roos
                    Assistant United States Attorneys

cc:  All counsel (*by ECF*)