**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )    No. 22-cr-305 (JMF) |
| NATHANIEL CHASTAIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Nathaniel Chastain's Motion to Dismiss the Indictment, and the Declaration of David I. Miller, dated August 19, 2022, Nathaniel Chastain hereby moves this Court, before the Honorable Judge Jesse Furman, United States Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, 10007, for an Order dismissing the Indictment pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
August 19, 2022

/s/ *David I. Miller*
David I. Miller
Gregory W. Kehoe
Charles J. Berk
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200

*Counsel for Defendant*
*Nathaniel Chastain*