**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>NATHANIEL CHASTAIN, )<br><br>Defendant. ) | No. 22-cr-305 (JMF)<br><br>September 30, 2022 |

## DEFENDANT'S MOTION TO SUPPRESS STATEMENTS AND EVIDENCE

Pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, Defendant Nathaniel Chastain, by and through the undersigned counsel, respectfully moves for an order suppressing all evidence obtained by the government in violation of his Fourth and Fifth Amendment rights. In support of his motion, the Defendant respectfully submits the accompanying Memorandum of Law, along with (i) a copy of the government's search warrant authorizing a search of the Defendant's home (attached as "Exhibit A"); (ii) a copy of the associated search warrant application (attached as "Exhibit B"); and (iii) Declaration of Nathaniel Chastain in Support of His Motion to Dismiss (filed as "Declaration in Support of Motion").

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  __/s/ David I. Miller _____
David I. Miller
Gregory W. Kehoe
Charles J. Berk
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
*Attorneys for Defendant*
*Nathaniel Chastain*