UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                )<br>)<br>NATHANIEL CHASTAIN,                )<br>)<br>Defendant.          )<br>) | No. 22-cr-305 (JMF)<br><br>September 30, 2022 |

**DEFENDANT'S MOTION TO STRIKE
IMPERMISSIBLE SURPLUSAGE FROM THE INDICTMENT**

Pursuant to Rules 7(d) and 12 of the Federal Rules of Criminal Procedure, Defendant Nathaniel Chastain, by and through the undersigned counsel, respectfully moves for an order striking the term "insider trading" from the Indictment (ECF No. 1) and precluding the government from referencing the term at trial. In support of his motion, Defendant respectfully submits the accompanying Memorandum of Law.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:   /s/ David I. Miller
David I. Miller
Gregory W. Kehoe
Charles J. Berk
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Counsel for Defendant
Nathaniel Chastain*