

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 20, 2022

**BY ECF**

Hon. Jesse M. Furman
United States District Court
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Nathaniel Chastain</u>, 22 Cr. 305 (JMF)

Judge Furman:

    The Government writes on be behalf of the parties regarding the conference scheduled for October 27, 2022. At the last conference, the Court indicated it might hold oral argument on the motion to dismiss, but left open the possibility that the motion to dismiss, along with the other motions, could be decided solely on the briefing. The parties respectfully write to inquire whether the Court would like the parties to be prepared for oral argument and, if so, on which motions.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by: ____/s/_____
        Thomas Burnett
        Nicolas Roos
        Assistant United States Attorneys

cc: All counsel (*by ECF*)