UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
                                                                       :
         -v-                     :                22-CR-305 (JMF)
                                                                       :
NATHANIEL CHASTAIN,                                                    :                REVISED
                                                                       :                SCHEDULING ORDER
             Defendant.          :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

      IT IS HEREBY ORDERED that the time for the conference in this matter, scheduled for **April 20, 2023**, is changed from 3:00 p.m. to **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: April 4, 2023
       New York, New York
                                                        JESSE M. FURMAN
                                                       United States District Judge