UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHANIEL CHASTAIN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  No. 22-cr-305 (JMF)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE
EVIDENCE RELATING TO THE LARVA LABS PROJECT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the Declaration of Nicholas T. Barnes, dated April 13, 2023, Defendant Nathaniel Chastain, by and through his counsel, will move this Court, before the Honorable Jesse M. Furman, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, New York, at a time and date to be set by the Court for an order excluding evidence relating to the Larva Labs project from trial, and for such other relief as this Court may deem just and proper.

Dated: New York, New York
April 13, 2023

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ David I. Miller           .
David I. Miller
Daniel P. Filor
Nicholas T. Barnes
Charles J. Berk
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Attorneys for Nathaniel Chastain*