UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v-                                                 22-CR-305 (JMF)

NATHANIEL CHASTAIN,                         ORDER

                 Defendant.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Attached to this Order are the following (juror signatures are redacted):

- Court Exhibit 12, a note received from the jury on May 3, 2023;

- Court Exhibit 13, the Court's response to Court Exhibit 12;

- Court Exhibit 14, a note received from the jury on May 3, 2023;

- Court Exhibit 15, the jury's signed verdict form.

       SO ORDERED.

Dated: May 3, 2023
       New York, New York

                                                      JESSE M. FURMAN
                                                  United States District Judge

# JURY NOTE

Regarding count 2, the 4th element: do the "transactions" refer specifically to those that involved interstate commerce, <u>or</u> do they also include other transactions that did <u>NOT</u> occur across state lines?

Date: 5/3/2023

Time: 2:12



Foreperson's Signature

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 CENTRE STREET, ROOM 2202
NEW YORK, N.Y. 10007

Court Exhibit 13

**JESSE M. FURMAN**
United States District Judge

(212) 805-0282
Jesse_furman@nysd.uscourts.gov

May 3, 2023

To the Members of the Jury:

In response to your note of today at 2:12 p.m., I instruct you as follows: The *first* element the Government must prove beyond a reasonable doubt with respect to Count Two is that the defendant conducted a "financial transaction," which includes any transaction that involves the movement of funds by wire or other means and in any way or degree affects interstate commerce. If you find that the defendant conducted a financial transaction within the meaning of that definition, then to satisfy the *fourth* element of Count Two, the Government must prove beyond a reasonable doubt that the defendant conducted the financial transaction you found for purposes of the first element with knowledge that that financial transaction was designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the specified unlawful activity.

Thank you for your patience.

Thank you,

*[signature]*

Judge Furman

## JURY NOTE

We have reached a verdict

Date: 5/3/2023

Time: 4:10pm

Foreperson's Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :     22-CR-305 (JMF)
        -v-                                                       :
                                                                  :
NATHANIEL CHASTAIN,                                               :     <u>VERDICT FORM</u>
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

*All Answers Must Be Unanimous*


**<u>Count One</u> – Wire Fraud**

    Guilty   __X__    Not Guilty  _____


*REMINDER: If you find the defendant Not Guilty on Count One,
you must find him Not Guilty on Count Two as well.*


**<u>Count Two</u> – Money Laundering**

    Guilty   __X__    Not Guilty  _____


*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*



Date and Time:  5/3/2023  4:09pm

***Once you have signed the Verdict Form, please give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict.***

2