# EXHIBIT 1

Honorable Jesse M. Furman

United States District Judge

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007


Dear Judge Furman,


My name is Charles Smith. I am Nate Chastain's current employer, having worked with him since June of 2022, first as a consultant and now as a full-time contributor to my company. I am the Co-Founder of a video game studio that builds infrastructure and games that leverage NFTs. I have worked in the broader blockchain industry for the past 5 years.

I was at most vaguely aware of Nate as a core contributor at Open Sea until hearing about the allegations made against him, which were broadly discussed by virtually everyone working in the industry.

Over dinner with an employee who had briefly worked with Nate at Open Sea, we discussed Nate's situation and contributions to the NFT space. My impression from that conversation was that Nate was exceptionally skilled and by those who knew him, widely considered to be a moral person and a hard worker, now in a bad situation.

I decided to seek him out, as I was looking for someone to lead development on a web application we are creating that needed a steady hand to act as product lead.

At the time, the outcome of his trial was still unknown and so was, to me, the content of his character. What I knew was that he had a reputation for skillful product building in a niche where few can claim to be true veterans.

I decided to seek him out to interview him for the role and to get a sense of who he was. Our initial conversation ended with Nate choosing to work on his own project and we did not reconnect till some time later when he again became available for work.

I then met with him in New York City while attending an industry conference there.

As you can imagine, I would not choose to work with someone facing the growing levels of public and legal scrutiny Nate was lightly. The consequences of doing so could be very real for myself and my business, especially if Nate's future conduct turned out to be anything but exemplary. So, when I met Nate, I wanted to spend extensive time with him to understand what motivated him, how he treats others, and the sort of person he was.

In my time working in the blockchain industry I've met a broad spectrum of characters. Frontier spaces where the rules of play are less well-defined and the prospect of building impactful and potentially

lucrative new businesses seems proximate, tend to attract an array of people with very different motivations.

One way of describing that spectrum is to say that there are some people motivated largely by money and the outward trappings of success. These people, in my experience, are less scrupulous, less interested in doing substantive work, and generally people I avoid associating with, and certainly people I would not seek to employ.

On the other end of the spectrum are the idealistic, obsessive, technically minded people who genuinely consider blockchain technology to be profoundly interesting and worth spending time on whether it is a trending topic or not. These are the people I choose to spend time with as peers and they are exclusively who I hire.

Nate is unequivocally on the far end of this spectrum towards the genuine enthusiast. My impression upon meeting Nate in person is that he is not very interested in material wealth. His apartment is neat and spartan. He works on an old mac computer. He is truly and from what I can tell almost exclusively obsessed with building useful products for people.

Nate quotes various books on products and startups with real enthusiasm. He wants to spend his time talking to users about their relatively mundane and obscure problems. He happily pours himself into creating product designs, obsessing over minute details. He wants to build products that solve problems for real people. He wants to contribute to teams and does so by taking on as much work as he can for those he is collaborating with.

This initial impression resulted in my bringing him on as a consultant during which I could further assess his character and suitability for a full-time role. His diligence, good humor and humility during that trial run resulted in him joining full time.

Since then, he has become my gold standard for how I judge leaders on the team. When we have considered new hires, particularly for product-oriented roles, I have found myself asking my co-founder, are they as good as Nate? Are they as reliable? Are they as genuinely committed to what we're building as he is? Are they as compassionate and inclined to mentor junior team members as he is?

Since hiring Nate, I have had backers of our project question and even pressure us to consider whether working with Nate is wise given his situation. My response has been that if anyone deserves a second chance and the right to continue to contribute to this industry it is Nate.

Nate has so much potential to make great contributions to society, whether on my team or beyond it. I hope this letter helps you to see him as those who have worked with him on my team do, as a humble, hardworking, understated man whose motivations are good and who would make great use of a second chance, should he be offered one. I deeply hope that whatever Nate's mistakes might be that the court can offer him leniency in his sentencing.

Thank you for your consideration.


Sincerely,

Charles Smith

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Dear Judge Furman,

My name is Elizabeth Sherman. I am Nate Chastain's girlfriend, and I am fortunate to call him my both my dear friend and my partner. I am writing to you to express my wholehearted support of Nate as we approach his sentencing. I want to share with you the kind of person Nate truly is, the impact he has had on my life, and why I am respectfully asking for compassion as you contemplate Nate's sentence.

Nate and I first met in October, 2018. We met at a bar near Columbus Circle, and I knew immediately that I liked him. He was witty and smart, but, more importantly, he put me at ease. I generally think of myself as an outgoing person, comfortable in most social situations, but this was different. The sense of comfort I felt with Nate was on a deeper level.

From the very first moment, he made me feel comfortable being silly and vulnerable. At the time, I didn't know why, but, over the years, I learned about the kind of man that Nate is: kind-hearted and sincere, generous and resilient. I fell in love with Nate over a million little things that revealed the depth of his character and the quality of his person:

Nate is a great listener. He isn't just there to vent to; he considers what I say carefully, offers reflective replies, and circles back in the future. The issue could be big or small: a problem in my day, a check-in after a difficult discussion, a TV show I loved or hated. Nate is an attentive listener, and he never forgets the things that are important to me.

Nate is encouraging and supportive. Two years ago, I was feeling trapped in a dead-end job. Nate supported me by listening carefully to my complaints and gently helping me turn those complaints into actions. He encouraged me to speak up for myself and practiced the conversation that I would have with my supervisors with me. In the end, I was able to advocate for concrete improvements at my work. I would not have been able achieve these changes without Nate's support and encouragement.

I am inspired by Nate's will, drive, and resilience. In the last two years, Nate's father, developed advanced dementia. A few month's ago, Nate's younger brother died by suicide. In the aftermath of his brother's death and in the wake of his father's dementia, Nate is an incredible support for his mother and sister. To protect them from the challenges – both emotional and administrative – that follow death, Nate was the one to arrive at the site of his brother's death and field questions from social workers. He handled funeral arrangements and coordinated logistical details. He was a shoulder to cry

on for his mother and sister, and it was important to him to take on as many of their burdens as possible.

Despite grieving these incredible losses, Nate has not given up. He has an insatiable desire to learn new things and to continually improve himself. A few weeks ago, he signed up for comedy improv classes. People who know Nate, know that he is soft-spoken and often doesn't like to draw attention to himself, but comedy improv is an opportunity for him to push himself outside of his comfort zone. Despite the many challenges he has been grappling with in recent months and years, he is committed to continuing to grow and find good in the world every single day.

I rely on Nate in both big and small ways every day. He has breakfast ready when I wake up in the morning. He makes up sweet, encouraging songs to uplift me. More fundamentally, he inspires me to become a better person and to stand up for myself and the people I love. These are only a few of the reasons why I plan to build a life with Nate. His conviction has no bearing on my commitment to him and my faith in his character and future. I know that all of us in Nate's community are committed to supporting him just as he has never stopped supporting us. I respectfully ask for you to consider this letter and the positive impact that Nate has on the people around him in determining his sentence.

Sincerely,

Elizabeth Sherman

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Dear Judge Furman,


My name is Anna Chirico, a longtime friend of Nate Chastain's. I'm currently the CPO of my own climate tech start up. I spend my free time cooking for friends and family, reading as much as possible, meditating and practicing yoga.

I met Nate 12 years ago through his roommate at the time, Alex Vance. We formed a wonderful friend group that summer, camping and going to concerts. What I remember most about that time was how much we all just really enjoyed each other's company. Nate was no exception. He was so accepting of everyone and always had us laughing, but his kindness and caring nature stood out - inviting us to his father's house, buying us our favorite snacks and eagerly pitching tents during weekends in New Hampshire.

Unfortunately, Nate and I have both separately and collectively experienced a lot of loss in our lives. When my father took his life ten years ago, I came to Boston from NYC and stayed with Alex and Nate for a few days. Having his support and love at that time helped me to cope. Then five years ago, our friend Alex took his life. When I found out, I called Nate who was in the middle of traveling to NYC from Boston - he turned right around when he got to NYC, and took the next bus back to Boston. Nate's speech at Alex's memorial service was as eloquent as it was loving. Nate helps me to remember the best parts of Alex. Tragedy came into Nate's life again, earlier this year, when his brother Stephen took his life. I watched as Nate heorically navigated the wake, funeral and gathering afterwards, speaking highly of Stephen and the people in his life, all while making sure everyone was at ease. I cannot imagine having to navigate these life events without Nate, nor would I want to. I am a better person and friend for knowing him and for being on the receiving end of his kindness.

Beyond having Nate as a friend in times of need, he is just as great to have in my life when times are good. He offers his place or couch when I need a place to stay and is quick to lend an ear when I need advice. I only hope to be as good of a friend to Nate as he is to me. It is a tall order.

I was surprised to hear about the charges against Nate, and even more so about the conviction. This doesn't ring true to Nate's character - one that is good and kind. The charges in no way change the way I feel about him. I respect Nate just as much now as I have always.

I ask you, Judge Furman, to please take the above into consideration. From a selfish standpoint, I don't know what I'd do without Nate so regularly in my life. And I know I'm not the only one who feels this way - his family relies a great deal on him. His father is unwell and may not be around for much longer. I'd hate to see his mother and sister without Nate by their sides.

Nate has so much to offer the world, and has a long, bright future ahead. I feel passionately that his love, kindness and intelligence is an asset to all.

Sincerely,
Anna Chirico
██████████
Gloucester, MA ████
██████████

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Dear Judge Furman,

My name is Ronald Bellanti. I have known Nathanial Chastain since the day of his birth. His
mom is my sister thus making me Nate's uncle. As we have been blessed with having an
extremely close family, I have literally spent thousands of hours and thousands of days with my
nephew. My background is in the music business and through my music career I also became
the founder and executive director of a national level teenage drunk driving prevention group.
Within this capacity I have encountered hundreds of teenagers and families that have been
impacted by drunk driving deaths and injuries. Also, by holding schoolwide assemblies I have
spoken and met well over ten thousand young adults. Both good kids and bad. Through this
experience I became a good judge of young people's characters. With this said and coupled
with my close relationship with Nathanial I feel very confident when I say he is a first-class
individual with only the best in his mind.

To say his current situation is almost unrecognizable relative to Nathanial's behavior is the
understatement of my life. Nate is honest, he is hardworking, he is focused on helping others,
and he has worked hard to carve out a name for himself in a very competitive career path.

In my life he has provided me with a monumental amount of help relative to my own career
and specifically with helping me with my drunk driving prevention campaign. Nate has helped
me with my computers and my network for the campaign. He has also worked in the broiling
heat several times to help us move our offices as out leases always expired in August. And I am
talking about moving large printers, copy machines, refrigerators, and furniture. This saved us
the money of hiring movers and allowed us to keep our funds intact to use towards our cause.
He has been an exceptional nephew and furthermore he has been just as exceptional of a son
and brother. His younger brother took his own life this year in February, and he was a rock to
our entire family but mostly to his mother who relies on Nathanial for daily support. I sincerely
do not know what his mom will do if she does not have Nate to talk to.

While I am acutely aware that he has been convicted of serious crime I also am aware that this
was a one time bad/dumb act in a lifetime of good/smart acts. This is a great person with a
remarkable future ahead of him. His unfortunate decision has already cost him dearly
financially and mentally. It has stopped his ascent in his career space in its tracks and he in turn
has paid an already horrific toll and cost. Nate is surrounded by a large, loving, and supportive

family. He is as close to me as a father and a son would be. I will therefore do anything I possibly can to help him get back on the path of righteousness and to stay on that path forever.

In closing the world needs more Nathaniel's, not less. I sincerely hope that you can show him mercy in this once in his life mistake. He has learned everything he possible can learn from this chain of unfortunate events that has brought us here. I hope you can find it in your heart to allow him to remain with his family and allow us to help him move forward with our love and support.

PS: If you felt the need to speak to me in person I will c0me to New York to meet with you anytime Your Honor.

Thank you for your consideration,

Ronald Bellanti

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Dear Judge Furman,


I hope this letter finds you well. My name is Zack Guzman. Before I became a notable crypto journalist with CNBC and Yahoo Finance, I was one of Nate's friends from our days in college. I am writing to you today both as a friend of Nate's as well as someone who has closely watched the crypto industry for the last few years – including from the courtroom the day Nate was convicted.

It felt surreal to arrive at the moment the ruling was read given what I know about non-fungible tokens, what I know about OpenSea as a company, and most importantly, what I know about Nate Chastain as a person. The purpose of this letter focuses mostly on the latter. I hope by the end of it you will find it worthwhile to show Nate leniency in his sentencing.

I first met Nate when I was an undergraduate student at Harvard College. Nate and I both wrote for the sketch comedy news show "On Harvard Time." He even supported me through most of my crazier ideas – like donating money to back me in the "Tasty Burger Challenge." (A local campus restaurant had a food eating competition, and I entered to raise money for breast cancer research. As I later stood embarrassed in defeat, Nate was there to support.) Out of all my memories of Nate, a constant support for those around us seems to be the constant.

Despite the constant jabs that he was "just from Harvard's extension school" he stuck around on the show just as long as I did. Most of our jokes were mediocre at best, but eventually we made something of our efforts. I eventually became the show's anchor, and Nate would rise to a leadership role mentoring the younger students who were once in our entry-level writing positions.

In those meetings, Nate would always be super helpful for everyone's creativity. He helped people grow, and was so dependable we even selected him to oversee handling our memorabilia orders and delivery for the team, before eventually electing him to Publicity Manager. After years of working together on On Harvard Time, we both eventually moved away from Harvard's campus and lost touch for years before crypto would bring us back together again.

As I started covering the space more closely, I reached out to Nate to talk about his work at OpenSea. It was nice to catch up and reminisce about our college days – but we mostly just

shared our observations about how crazy the crypto space had gotten and how he was loving the challenges he was facing in his role at OpenSea.

I understand the facts of the case, having covered the story myself, and having interviewed OpenSea co-founder Devin Finzer before. But I also have looked at Nate's case in comparison to others that have not received nearly as much attention. I know this was mentioned at trial, but it truly is sad to think about the person at the center of this case being caught up in circumstances that look entirely different in hindsight. No doubt, out of all the similar cases I've seen involving NFTs, Nate's is unique in both in the relatively low dollar amount and platform-specific nature of his charges.

Considering how little was gained and how much was lost – including a job he actually enjoyed, friends he made, and equity awards in a once-in-a-lifetime success – the upside Nate stood to benefit from is comically out of proportion with the penalty he now faces.

I've gotten breakfast with Nate a few times throughout the case and after his conviction and despite everything, I was shocked to see the constant throughout everything  wasn't anger, or self-pity, or revenge, or anything like that. Instead, Nate was embarrassed and remorseful.

I understand Nate was convicted for what happened, and I understand that if Nate knew this is where he would wind up, he certainly would go back and change it all. (And I don't just say that because this was the result. I legitimately mean it because I do think so much about both this technology and the rules written around it have been quite unclear up until this ruling.)

Given everything, I humbly ask that you take into account the facts in weighing the penalty Nate should now face. Please take into consideration the character that Nate has demonstrated as a person long before he even landed at OpenSea, and the person he will still be after. He has a lot to bring to society, and as I have seen firsthand, years of selfless support to give to the world.

Respectfully yours,

Zack Guzman

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Furman,

I respectfully approach you with this letter today. My name is Vicente Dragicevic, a software engineer by profession, and currently the founder of a cybersecurity company. I am writing to you from Chile, seeking your mercy and leniency for my friend and former colleague, Nate Chastain, who has been convicted and is awaiting sentencing.

I am well aware that the Court has a complex and challenging responsibility in determining the appropriate sentence for any individual. In this spirit, I offer my perspective as someone who has known Nate for over five years. I earnestly request that you consider this information while you make your judgment.

When we met at my first job, Nate became a figure of unwavering support and trust, giving me the freedom to innovate and produce value for the company. The confidence and opportunities he provided were instrumental in my professional growth. We no longer work together, but the impact he had on my career and life is indelible.

During challenging times, when our company was at risk of layoffs, Nate showed great leadership and humanity. He fought to keep our team of Latin American engineers together, sparing us from the uncertainty of unemployment. This act not only preserved our jobs but also our team spirit. His kindness in that situation is just one example of his consistent effort to bring out the best in people and his dedication to do what is right.

I understand the severity of his conviction, but I want to emphasize that this unfortunate circumstance does not erase my high regard for him, both personally and professionally. We, his friends and former colleagues, will be waiting for him, confident that he can still contribute positively to society after paying his debt to it.

I am aware that no letter can fully convey the true character of a person. But I genuinely believe that the qualities I have highlighted in this letter are intrinsic to Nate, and they paint a picture of the person we know and deeply respect.

Your Honor, I respectfully implore you to exercise leniency and compassion in your sentencing. I humbly ask you to consider a merciful sentence, considering his positive attributes, the impact he has had on the lives of many, and the potential he possesses to continue being a contributing member of society.

Thank you for your time, your understanding, and your consideration of this appeal. I am grateful for the difficult work you do in serving justice.

Sincerely,

Vicente Dragicevic

Santiago, ████████, Chile

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Furman,

My name is Gavin Ching and I am writing this letter on behalf of Nathaniel Chastain with
regards to his conviction (22-cr-305).

I am a Technical Lead and Senior Software Engineer based in Canada that has worked in
the industry for ten years. I have known Nathaniel for six years since I started working with
him in 2017 at Consensys. In the two years working directly in person with Nathaniel in
addition to the video calls with him after my departure from Consensys, I consider Nathaniel
to be my most genuine, honest and compassionate friend.

Nathaniel is a person that cares for all those around him. When I was working with him at
Consensys from 2017 to 2019, Nathaniel would make sure me and the rest of the team
would not be stressed and to always balance life and work. I recall a time where I was
working late in the office to meet deadlines. Nathaniel came by to see how I was doing in
addition to letting me know that I should not be working late by myself. Telling him I still
needed to work, he offered to be there with me and worked together with me even though he
did not need to. Nathaniel's is truly a compassionate colleague and great friend who cares
about my well being and everyone else's as well.

In the ten years being in the industry, I've met people who I would consider rude,
inconsiderate and ingenuine. There are many people in the industry that are only motivated
by their self-interests and nothing else. Nathaniel is the first throughout my entire career to
prove otherwise. His generosity to all those around him and his selflessness to always being
a helping hand is an inspiration that has helped me with my life and career.

I would not be where I am today without Nathaniel's support, teachings and guidance. To this
day, Nathaniel still reaches out to me to see how I am doing and if I am happy. Even though
Nathaniel is convicted, his genuine character and nature does not change for me, and this is
shown through all the other's support for him as well. Judge Furman, Nathaniel is my
inspiration to be a better person, and if given more time if shown compassion, he can
continue inspiring others the same way he did for me.

Best Regards,

Gavin Ching

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Dear Judge Furman,

My name is Harrison Hines, I've been a founder & CEO in the crypto/web3 space for about 8 years now. My current company Fleek recently raised a $25M Series A from some of the top VC funds and companies in the crypto space (ex. Coinbase).

Prior to my current company Fleek, I started another company in the crypto/web3 space that was called Token Foundry. That is where I met Nate. I was the person that hired Nate into the crypto space back in 2018. So I've known him for over 5 years now. We worked very closely together at Token Foundry, and even after that, we've remained close friends.

Nate is one of the most talented people I've ever worked with. When he joined Token Foundry, he was just a junior front-end developer with very little professional experience, and within months he had gained enough respect from the rest of the team to become the Head of Product. He followed a similar trajectory at Open Sea. I've tried to recruit Nate to work at my current company (Fleek) countless times since I started it. I tried before he joined Open Sea, after he left Open Sea, after the charges were brought against him, and even after the guilty verdict. And that is because I know who Nate is deep down.

Nate is not just a great person in a professional sense, but all around. On that 50 person Token Foundry team we had, you would not be able to find even one person with a single bad thing to say about Nate. I think you would find the same at OpenSea if they were able to speak openly/honestly. And nobody just likes Nate, they LOVE Nate. He's that kind of person. He is also unexpectedly very funny and witty. As an English major who then also worked at The Onion (yes the famous satirical paper/website), he has a unique combination of intelligence and humor that is impossible not to want to be around. He's also very considerate. One funny example is we used to order office snacks, and when they arrived rather than quickly rip things open (a plastic container with nuts for example), he would sit there and slowly break the top off of everything so that it wouldn't create noise and distract the other people in the office who were on calls or doing work. The people on that team remember it to this day.

The recent charges against him don't change that. Not in my mind, nor anybody else's mind that I've spoken to who knows Nate.

That is why it's been extremely difficult to watch Nate go though everything he's been through these past 2 years. I've seen his suffering, physically, mentally, emotionally, financially, and

reputationally. Not to mention the negative impact this whole process has had on his career and life goals. It would be absolutely heartbreaking to see him incur the additional suffering that a harsh sentence would cause him. And the reason it would be so heartbreaking is because I know Nate has already learned his lesson with everything he's already been through. I know with 100% confidence that jail sentence or no jail sentence, just based on everything he's experienced so far, Nate would never get in trouble with the law ever again. He is the exact type of person that deserves that benefit of the doubt. He could do absolutely amazing things in this world if given the chance. So I would just please ask you to consider all of Nate's good qualities, potential, and the suffering he's already incurred, as you decide his sentence.

Thank you very much for taking the time to read this letter.

Harrison Hines

Honorable Jesse M. Furman

United States District Judge

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007

Dear Judge Furman,

My name is Tara Chastain and I am Nathaniel Chastain's younger sister. I have been working as a registered nurse in Massachusetts since 2020. I have known Nathaniel for the entirety of my life and it is safe to say we have been through everything together. As cliché as it may sound, there is no one that I look up to more than my brother and it has been that way since I can remember. I simply cannot imagine my life without Nathaniel and I am certain that I would not be the same person today without him.

First and foremost, my brother's intelligence is remarkable. From a young age, he displayed a thirst for knowledge and a natural aptitude for learning. He excelled academically, constantly receiving top grades and numerous awards throughout his years of school. Unfortunately for my other brother and I, Nathaniel also was the best at every sport he played and is an outstanding piano player. He outshined us in most, if not all, categories. But, he never let any of those qualities go to his head. He's humble and kind. He has never made anyone feel as though they aren't good enough and is always looking for ways to teach others. I will never forget the many nights while I was in middle school that Nathaniel spent with me at our kitchen table helping me with math homework that I would cry over. Once I finally understood the

lesson only because of his help, I couldn't wait to tell my classmates that it was my older brother who taught me. Still today Nathaniel always finds ways to help me better myself, whether it's discussing the latest health trends or a new book to read, I can always rely on him for the best advice.

Furthermore, my brother's caring nature is evident in every aspect of his life. He has always been the first to lend a helping hand, whether it be to a friend or a stranger in the street. He serves as a major backbone in our family, which has especially shined through in the recent passing of our brother just a few months ago. As our father now has advanced Alzheimer's, Nathaniel has completely taken on the role of the father figure in our family. Nathaniel took on the responsibility, without question, of planning the funeral services for our brother and all that it entails, knowing that my mother and I were emotionally and physically unable to face what was happening. Losing our brother was without a doubt one of the hardest things to go through as a family, but knowing I had Nathaniel by my side gave me a sense of ease.

While I understand the gravity of the charges my brother is facing, I implore you to consider the person he truly is and the great impact he has had on so many lives. I genuinely do not know where I would be without Nathaniel as my older brother and I cannot fathom a life that doesn't include him every step of the way. Thank you for your time and consideration.


Sincerely,

Tara Chastain

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Furman,

I would like to introduce myself. My Name is Donna Chastain and I am an RN in Massachusetts. I am also the mother of Nate Chastain.

Nate is the oldest of my 3 children who are now all grown adults. I and my husband at the time were able to give our children plenty of space to play and even a pool to swim in on the site of an old dairy farm complete with a large antique barn and 32 acres of land in a very Northeastern town called Amesbury, which is close to the seacoast and the NEW Hampshire Border . There were pet dogs and cats that Nate loved and cared for tenderly. He was a good student from the very beginning and his teachers would sometimes put badly behaved children next to him because of the good example he set.

Nate was a good student from a young age because he was always a highly curious and motivated learner, who could read at age 4 . He decided at age 8 he wanted to go to Phillips Exeter Academy and he got the application going all on his own. He won the National Duck stamp contest in frst or second grade, winning second place and winning a trip to the State House.

He was a good and fair friend and sport especially when competing in town soccer and then rowing and track in high school. he strived for and attained almost all As through elementary and  middle school.Also played intramural basketball and wrote for school newspapers. He was in several school plays.  He won a poetry contest in high school.He wrote for school newspaper in college plus The Onion magazine and a bit for MAD magazine as well. He was and still is an excellent Piano player that always amazed me with the music he made

Nate is a young man with good family relationships and has been a loving and caring son  to me always. He never forgets cards, gifts or calls on holidays which he cannot be here. He is home for all the major holidays though and always willing to help with holiday preparations.

He has integrity and honesty and he is a patient and kind visitor to his father, who suffers from Alzheimers and is now in a home;Memory Care Unit. Nate is devastated by this as his father was a very smart man who is now slowly fading away.Nate feels cheated of time and advice he still needs from his father. He visits him every time he comes home to Massachusetts.

He has suffered two very hard losses: his college roomate and best friend died by suicide about 4 years ago and now, the terrible sudden suicide of his younger brother Stephen this past February. Both of these events have left Nate broken hearted.

Nate is a good young man with  wonderful interpersonal skills and strong friendships; good family ties and family values. I am proud of the man he has become.

I hope you will please consider when you give my son his sentence the type of man he is, his gentle nature, and that he has never been in trouble with the law. I plead with you to consider all he is, away from this incident.

Sincerely and with Much Respect,
Donna M. Chastain

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


July 18, 2023


Dear Judge Furman,

My name is Luke Loreti and I am a software engineer based in Brooklyn. I moved to New York
in August 2018 to begin my first proper software engineering role at Consensys Software Inc, a
blockchain company. Nate Chastain onboarded me on my first day and we went on to closely
work together throughout my 19 months at Consensys, as product manager and software
engineer on the same team.

In his role as a product manager, Nate consistently demonstrated kindness and empathy towards
myself, our fellow team members, and the clients we worked with. Since I was more junior, he
took it upon himself to provide mentorship, even though his role didn't necessarily require it. In
retrospect, I was somewhat underprepared when I started the job, but Nate put in considerable
effort to ensure that I could learn from more senior engineers and assimilate into the culture of
the company.

At no point during my time at Consensys did Nate behave in a way that would cause me to
question his ethics. I don't believe this conviction reflects the essence of his character or his
capacity to be a caring friend and colleague. I ask that you consider the future positive impact
Nate can have on others' lives, like he has had on mine, when sentencing him.


Sincerely,


Luke Loreti

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Dear Judge Furman,

I am Hannah Wood, currently serving as the Chief of Staff at a renewable energy company based in Boston, but more importantly, I am a long-time friend of Nate.

I met Nate over 7 years ago when we both attended an immersive software engineering program in NYC. We quickly became friends and spent a lot of time together, both inside and outside the context of the program. From those early days, Nate's intellect, determination, kindness, and supportiveness shone through, shaping the core of our enduring friendship.

During our time at the program, Nate and I collaborated on coding projects together. He was extremely patient and helpful, and made himself available to help teammates at any time. Over the years, Nate and I have maintained our friendship, attending UCB comedy shows, playing club basketball, going to the movies, or making trips to Six Flags. Our shared curiosity also led us to explore New York's culinary landscape, with memorable moments such as Nate's first encounter with Korean cuisine, where he discovered his affection for tofu soup, prompting frequent visits back to Koreatown. Where Nate and I bond most is our love for reading. Nate is a literature nerd and we are always giving each other both fiction and non-fiction book recommendations.

Nate's conviction of money laundering and wire fraud does not alter my perception of him. He remains the steadfast friend I have always known, a person who has given so much to others and who still possesses so much potential for positive impact.

Despite having to endure personal tragedies including illnesses, injuries, and the loss of close family members, Nate has shown extraordinary resilience. Through these difficult circumstances, Nate still somehow has the capacity to be supportive of his friends and has spent so much time helping me through the complications and drama of my own relationships. Even amid the tumult of his trial, Nate was cheering for my professional advancement and celebrating my engagement alongside my partner.

As you contemplate Nate's sentence, I implore you to consider the man he truly is – a selfless, kind, supportive, and warm person with tremendous potential.

Sincerely,
Hannah Wood

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Furman,

I am writing to plead for your mercy and leniency in sentencing on behalf of my dear friend, Nate Chastain, who was recently convicted in your court. I have known Nate for about four years and can attest to his generous character and kind nature.

A little bit about me: I am a biostatistician currently living and working in New York. I lead the statistical side of clinical trials that bring life-saving new therapies to people living with diseases such as cancer, chronic obstructive pulmonary disease, and COVID-19 to name a just a few.

Recently, I separated from my husband. Moving out of my husband's house was one of the most difficult things I have ever done. Any move is stressful. However, this particular move was complicated by the end of a decade-long partnership with a man who I planned to spend the rest of my life with. Nate supported me in ways that I never would have expected.

I know Nate through my long-time friend and Nate's girlfriend, Elizabeth Sherman. I met Nate around four years ago when Liz and Nate started dating. Over the years I have gotten to know Nate through fun times with friends. I know that Nate is funny and charismatic and kind. He is the kind of person who you always want to invite over for dinner, because he listens carefully to the stresses that you have going on at work and helps with dishes.

Even though I have developed a good friendship with Nate over the years, when I told him that I was separating from my husband and couldn't afford movers, I never expected him to offer to help me move. What I expected even less was when Nate followed up with me to continue offering his help when I was too overwhelmed to coordinate moving-day activities.

On the day of the move, Nate shouldered boxes and patiently glossed over the more tense moments with my husband. But more importantly, Nate was the one who sat with me in the hour-long Uber ride from Manhattan to Brooklyn while I ugly-cried. He gave me space to cry, and, when my tears dried, he held my hand and told me that everything would be okay.

Nate is a true friend; he is there during the good times and the bad. Even though Nate mostly knows me as his girlfriend's friend, he did not hesitate to offer me his time, his labor, and his shoulder to cry on when I needed it the most. I will never forget the compassion and generosity that Nate showed me during one of the darkest moments of my life.

Nate's recent conviction could never affect how much I respect Nate and value having him in my life as a friend and support. Nate has so much generosity to give. I beg you to please consider the man that Nate is - generous, compassionate, giving, and kind - in his sentencing. I can only lend my highest recommendation of Nate's character and tell you how much I want to support him through this challenging time, just as he has supported me during the most challenging times of my life. Please keep this in your thoughts as you are contemplating Nate's sentence.


Most sincerely,



Imaani Easthausen, MS

Jenna Martin



Los Angeles, CA

July 20, 2023

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Furman,

My name is Jenna Martin and I'm a television writer living in Los Angeles. I'm writing
to you as a friend of Nate Chastain.

I met Nate in the fall of 2011. I was an undergraduate student at Harvard University and
head writer of On Harvard Time, the school's online satirical news show. He emailed me
to say he was interested in writing for the show and asked if he could talk to me about his
special circumstances. Over coffee, he explained that he did not attend Harvard College
as most members did, but Harvard Extension School. I told him that was fine and not
unprecedented (one of our members attended MIT).

I'm very glad he reached out to me, not only because his wit and warm demeanor made
him a welcome addition to the club, but also because it was the beginning of a wonderful
friendship. In college, he helped me on several student film projects without hesitation,
doing tedious tasks like helping me haul equipment. After I graduated in 2014 and moved
back to Los Angeles, we video-chatted regularly and I would always visit him whenever I
was in New York. I can think of several times he's reassured me or cheered me on
through a career disappointment or a difficult breakup. I've treasured his words and
advice because he's a deeply sweet, yet candid person.

I hope to convey that Nate has never been the kind of person who willfully deceives
others. It's a testament to his character that our friendship has stayed strong for over a
decade without any fights or betrayals. Even though we live on different coasts, I've kept

in touch with him because I value his kindness, his advice, his emotional and intellectual intelligence, and his loyalty.

I'm aware of the conviction but it has not changed my view of Nate. My heart breaks to see him under such stress and I want to help him in any way I can, as he's shown he would do for me. Thank you for reading this letter and I hope you will consider my words when deciding his sentencing.

Sincerely,
Jenna Martin

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Dear Judge Furman,

My name is Margaret Stevens.  I am 30 years old, work in marketing, and live ███
████████ with my fiancé and our puppy.  We live a few blocks away from Elizabeth, who
you may know to be Nate's long-term girlfriend.  Liz and I met at Bard College in 2013 while we
were studying Psychology, and she has been one of my best friends ever since.  Liz and Nate
started dating in October 2018, and I met Nate several months later.

Before meeting Nate in early 2019, I was skeptical.  Liz had never introduced me to
anyone before, and I grew up going to my dad's college reunions at Yale, so naturally I was unsure
about a Harvard man.  After a light teasing and perhaps a line or two of a couple Yale fight songs, I
calmed down and started getting to know him.  And I liked him.  I thought he was smart, gracious,
and self-aware. I was thrilled to see my friend Liz so happy.

Nate moved out of friendly acquaintance territory and into my inner circle on New Year's
Eve in 2019 at a social gathering downtown.  That night my boyfriend at the time let me down
after not calling at midnight like he'd promised.  I was devastated.  My 2020 began in tears.  But
Nate was there for me.

Nate gave me tissues as I cried and listened as I lamented my airhead boyfriend and sad
situation.  He offered sound advice and unwavering support, and reassured me that I didn't deserve
to be forgotten. Nate was patient with me, reassured me, and he made me feel safe while I felt like
my world was spiraling.  We were at some hip rented-out bar in SoHo and he spent an hour of his
night comforting his girlfriend's sobbing friend.  In no way was that a convenient time for him.
But that's textbook Nate—to go out of his way for someone else, at any time, not just when it's
convenient.

Nate is bright, considerate, and genuine.  He is kind, patient, and respectful.  I have seen
Nate get along with and connect with all types of people, at all ages, because he makes the effort to
find the middleground.  He possesses a unique perceptiveness, intellect, and innovative spirit that
allows him to bridge gaps and positively impact the lives of those around him.  I know Nate has
been convicted of a crime—but in no way does this change my opinion of him.  Nate is a good
friend and responsible person who has a lot to offer and contribute to this world.  I respectfully ask
the court to show Nate compassion, and for Nate be given a sentence that reflects mercy as well as
justice.


Sincerely,

Margaret Stevens

# MICHAEL J. BELLANTI

ANDOVER, MASSACHUSETTS

July 21, 2023

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   Nathaniel Chastain

Dear Judge Furman:

My name is Michael Bellanti; I am an attorney in good standing who has practiced law in the Commonwealth of Massachusetts for twenty-four years.

I am writing this letter in support of Nathaniel Chastain, and to tell the Court a few things about him prior to the sentencing hearing on August 22, 2023.

Nathaniel Chastain is my sister's oldest son, and I have always been proud to call him my nephew.

As an uncle, I have been afforded a unique opportunity to observe Nathaniel Chastain as he grew from a child, teenager, and later into a young man. He has always been an extremely bright and motivated individual, and he consistently put forth his best efforts to achieve his goals, whether that be success in academics or the workplace. I have fond memories of Nathaniel reading and studying during holidays and family gatherings to prepare for a big assignment or important exam.

Nathaniel has many interests, and he can speak passionately and authoritatively about politics, technology, history, music, the arts, and current events.

More importantly, Nathaniel Chastain has always demonstrated a deep level of compassion and love of family that is impressive and worthy of note.

Recently, Nathaniel and his siblings have been forced to address their fathers' diagnosis of early onset Dementia. He spent many hours researching the long-term care facility that would provide the best home for his father in this challenging stage of life. I have observed Nathaniel manage these arrangements while assisting in the removal of belongings

1

from his father's home.   He did this without complaint and with a sensitivity that demonstrated his love and respect for his father.

Unfortunately, our family endured a tremendous loss earlier this year. Nathaniel's younger brother, who had a history of mental illness, committed suicide in February of 2023. Nathaniel immediately took charge of the arrangements, planning all aspects of his brothers' funeral services as well as cleaning out his apartment and storage area.  He did these things while talking care of his mother and younger sister who were understandably distraught.  He continues to handle various issues regarding his brother's life and passing on a weekly basis.

I have always been proud of Nathaniel, but probably never as much as I have been recently, as I have watched him care for his father and navigate his way through the death of his brother.

Our entire family followed Nathaniel's trial with great interest.  As an attorney I fully recognize the seriousness of the charges for which he was convicted, and I know Nathaniel does as well.

However, this does not and will not change the high regard for which I hold Nathaniel, and my deepest beliefs that he will be an agent of goodwill in his lifetime.  I know he will accomplish great things, and most importantly, he will do so with kindness to all.

It is without reservation that I offer my deepest support to Nathaniel Chastain in this matter. I would respectfully ask that the Court look favorably on him when deciding upon his sentence.

Very truly yours,

Michael J. Bellanti, Esquire

MJB/mjb

William Sherman



N.Y., NY. ▓▓▓

Honorable Jesse M. Furman

United States District Judge

United States District Court

Southern District of New York

40 Foley Square

N.Y., N.Y. 10007

7/21/2023

Dear Judge Furman

   By way of introduction, I am the father of Nate Chastain's girlfriend, Elizabeth Sherman.

   I am a retired journalist who won a solo Pulitzer Prize for investigative reporting, an Emmy as a network television news correspondent in Asia and the Middle East, and a WGA  (now on strike) best documentary prize, Peabody for coverage of the Iran-Iraq war and numerous other awards.

   I had a 43 year career in print and television news during which I covered innumerable conflicts overseas in addition to presidential campaigns and plenty of trials ranging from loansharking charges against NYC mobster Carmine Persico to Patty Hearst and the Symbionese Liberation Army.

   But much more to the point here, when I first met Mr. Chastain and he was waiting in our house for our daughter to "get ready," always interminable, I looked over at him and noticed he was sitting in a chair and reading a book.

I was shocked.

After he and my daughter left, I turned to my wife and said, "Claire, did you see that? This fellow was reading a book!"

"That's great."

It's a repeated scenario.  He reads. Books.

More importantly he is always respectful towards my daughter Elizabeth.

Always. I never heard or heard about him saying an unkind word to Elizabeth.

And I have been around the two of them a lot.

Meanwhile, Nate Chastain is brilliant. No question. No contest.

In situations from a beach gathering on the East End of Long Island to Manhattan apartments where, effortlessly and without being the least bit of a "show off," he impressed all as remarkably intelligent. Quietly intelligent. Unobtrusively intelligent.

Moreover, I have never heard him utter a biased or classist word, or bragged about his background, or education. He can code, write satire for The Onion, run swim, on and on.

Your honor, this letter, and others you will receive are all designed to put Mr. Chastain in the best possible light so that his sentence, if any, is de minimus. I understand that. But my letter is straight up, as they say.

To conclude, I would be more than happy if he and my daughter Elizabeth got married. I am forbidden by my wife, and two cousins, also named William, to talk to Elizabeth and Nate about that, so I don't. Ever.

That's it.

Best,

William Sherman

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Furman,

My name is Claire Sherman. I am a Registered Nurse, retired after working many years in New York City hospitals. My daughter, Elizabeth, is Nate Chastain's girlfriend, and they have been together for nearly five years.

I first met Nate in Spring 2019, after he and Elizabeth had been dating for several months. Now I know him well, as a compassionate and conscientious man who treats my daughter with love and respect. This is what any parent hopes for, but Nate is much more than that. I hope I can convey to you a picture of the Nate who I know and care about.

I was, from the start impressed with his high degree of Emotional Intelligence, a complement to his superior intellect.  It's obvious just from spending time with him, but I know even more from hearing from my daughter. When he and Elizabeth have a disagreement or misunderstanding, not often by the way, Nate handles himself with maturity. He makes sure they not only have worked it out, but that he understands the dynamic that caused friction in the first place. He cares if she is upset about something and takes the time and energy to listen and try to help resolve it.  He never sulks or acts like he has to be "right" or has to "win," and he never raises his voice in anger. He is sincerely interested in understanding how my daughter feels and he cares when she is troubled by his behavior or the behavior of others. These are rare and deeply valuable qualities in a young man today.

I remember Elizabeth reading me one of their text exchanges during the first year of their relationship, after he had done something that hurt her feelings the night before. Even though she was upset, I distinctly remember being so pleased she had found someone who could have such a healthy, self-aware conversation to work through the issue. Everyone encounters conflict in relationships, big and small, but it's how you work through these conflicts that matters.

Nate has spent a lot of time with us as a frequent guest in our home over the last five years. I'm always struck by his industriousness.

Nate has a desire to learn topics both related to his field and beyond, and to expand his understanding in the many areas that are new to him. He would schedule learning opportunities during his spare time after his work schedule that would be treated with the same importance. His intelligence and his work ethic have always been impressive and his excitement and curiosity about new interests is often contagious.

He is also simply a wonderful person to be around. Not only intelligent, but also witty, and sweet. We've enjoyed working on jigsaw puzzles together, and playing Scrabble. He has yet to beat my daughter, who plays an impressive game, but he is always a good sport.

My husband and I felt perfectly comfortable having Nate relocate with our daughter to our country home outside of New York City during the peak of the Covid-19 pandemic. We trusted him with our home, but more importantly we trusted him with our daughter's safety and wellbeing during such an unsettling time, and continue to do so today.

I would like to say a word about Nate's family situation. His father, a physician, suffered a recent rapid onset of dementia. Nate has been deeply involved in organizing care for him with all the challenges, logistical and emotional, that entails.

Also in the last couple of years, Nate's younger brother, Steven, suffered a traumatic, near-death injury at work, resulting in the loss of his leg at the hip, as well as multiple other serious injuries, spending an extended period of time in intensive care. Nate rushed up to Massachusetts to be there for his brother as he fought to survive, and for his family during these difficult times. Steven went through multiple surgeries enduring excruciating pain, physical therapy and rehab. Unfortunately, the psychological and emotional pain and the attendant despair ultimately led to Steven's suicide this past February. Nate was tasked with many of the difficult tasks that followed in arranging for the funeral and burial of his younger sibling.

Nate and his family have suffered so much recently and Nate has been a pillar of strength throughout.

I am not confident in my ability to describe all this in a letter to you and to explain why I can vouch for his goodness and honor.

However, I am extremely confident in my ability to be a good judge of character, and I can wholeheartedly vouch for Nate in that regard, without reservation.

Your care and consideration now, and a sentence that considers what he has already been through, and what he can do going forward with his innate desire to help others would have a life-changing impact on his family, his personal and professional community, and most significantly, himself.

I hope you can see there would be more harm than help in a sentence of incarceration. Your compassion at this time would reinforce all the good that Nate has done and still has to offer.

Please let this end with your decision.

Respectfully,

Claire Sherman