# EXHIBIT 2

Wednesday, September 15, 2021

[Slack ID: D01HTRBKESZ]


**Robert Sun** *(09/15/2021 04:11:04 -04:00)*
yo man, hope you're doing okay. twitter's a rough world


**Nate Chastain** *(09/15/2021 04:12:18 -04:00)*
definitely deserved hate this time. feel awful about it

**Nate Chastain** *(09/15/2021 04:12:47 -04:00)*
I sent this to Gina, Alex and Devin earlier tonight, I'm going to publish something about it tomorrow morning: ```I want to take full responsibility and accountability for the situation regarding featured assets on the OpenSea homepage. This past spring we replaced our hero image on the homepage with a section to feature newer artists and projects. I was the product lead on this feature and personally selected new artists to feature for this position to ensure we regularly rotated in new work each Monday and Thursday night. These often came from other team members' suggestions in a Slack channel, work other artists had shared or recommended, or discovery on Twitter. I was proud of this initiative because it did seem to materially change the course of some artists' careers who were featured in this position and were exposed to a large audience for the first time. Due to the increased exposure of some of these pieces, the floor price of their collections often dramatically increased over the course of their three-day run on the homepage. This summer, there have been a handful of times that I purchased assets from these collections once they had been selected for our feature, knowing that the value of these assets would increase shortly thereafter. I absolutely should not have done this. At the time it felt comparable to other instances in which I've gotten involved in a project very early and later re-sold the assets from that collection for a profit. In retrospect it was a clear abuse of power. We did not have a clear policy in place around purchasing assets, but it was an idiotic move to risk goodwill that OpenSea has worked hard to build with the NFT community and any goodwill that I've built personally for a small amount of upside in these projects. I'm aware that I have a lot of work I'll need to do in order to regain that trust. I'll discuss next steps with the OpenSea team to address this, but wanted to publicly apologize in the interim. ```


**Nate Chastain** *(09/15/2021 04:13:06 -04:00)*
It was just a really unnecessary way of jeopardizing what we're building here


**Robert Sun** *(09/15/2021 04:15:48 -04:00)*
yeah.. honestly it was bad, but a lot of the hate is compounded because of the general sentiment about opensea right now and since you're the most exposed to the public, people found their scapegoat


**Robert Sun** *(09/15/2021 04:16:10 -04:00)*
we didn't have policies in place, which is a problem of the company as well. shouldve been clear guidelines on what is and is not acceptable


**Robert Sun** *(09/15/2021 04:17:00 -04:00)*
not even surprised if some people are jumping on this train just so they can get opensea to compensate everyone


**Robert Sun** *(09/15/2021 04:17:02 -04:00)*
aka more free money