# EXHIBIT A

| TRANSACTIONS TO SUBTRACT | | | | | | | |
|---|---|---|---|---|---|---|---|
| A - item_name | B - promotion_went_live_at_UTC | C - transaction_timestamp_UTC | D - side | E - sell_price_ETH | F - OS_fee_ETH | G - buy_price_ETH | H - tx_fee_on_purchase_ETH |
| Transaction Ref #1 - CRYPTOPANDA BY J_SKY | 2021-06-22, 3:29:12 | 2021-06-22, 3:30:24 | BUY | | | 0.03 | 0.006 |
| Transaction Ref #2 - CRYPTOPANDA BY J_SKY | 2021-06-22, 3:29:12 | 2021-06-22, 3:40:24 | BUY | | | 0.03 | 0.006 |
| Transaction Ref #3 - CRYPTOPANDA BY J_SKY | 2021-06-22, 3:29:12 | 2021-06-23, 7:28:50 | SELL | 0.15 | 0.019 | | |
| Transaction Ref #4 - CRYPTOSNAKE BY J_SKY | 2021-06-22, 3:29:12 | 2021-06-23, 10:41:42 | SELL | 0.1 | 0.013 | | |
| Transaction Ref #5 - Don't get me wrong | 2021-07-06, 1:42:34 | 2021-07-06, 01:50:18 | BUY | | | 0.09 | 0.003 |
| Transaction Ref #6 - Don't get me wrong | 2021-07-06, 1:42:34 | 2021-07-06, 01:55:58 | SELL | 0.21 | 0.005 | | |
| Transaction Ref #7 - THOUGHTS | 2021-07-19, 23:04:49 | 2021-07-19, 23:11:12 | BUY | | | 0.1 | 0.004 |
| Transaction Ref #8 - THOUGHTS | 2021-07-19, 23:04:49 | 2021-07-19, 23:30:27 | SELL | 0.21 | 0.005 | | |
| Transaction Ref #9 - D0p3 R1D3r | 2021-08-06, 1:31:16 | 2021-08-06, 01:32:11 | BUY | | | 0.4 | 0.006 |
| Transaction Ref #10 - D0p3 R1D3r | 2021-08-06, 1:31:16 | 2021-08-06, 01:55:17 | SELL | 1 | 0.075 | | |
| Transaction Ref #11 - Flipping and spinning | 2021-08-10, 3:57:06 | 2021-08-10, 3:59:11 | BUY | | | 0.2 | 0.008 |
| Transaction Ref #12 - Flipping and spinning | 2021-08-10, 3:57:06 | 2021-08-10, 4:00:08 | BUY | | | 0.22 | 0.008 |
| Transaction Ref #13 - Flipping and spinning | 2021-08-10, 3:57:06 | 2021-08-10, 4:00:08 | BUY | | | 0.25 | 0.008 |
| Transaction Ref #14 - Flipping and spinning | 2021-08-10, 3:57:06 | 2021-08-10, 4:00:08 | BUY | | | 0.22 | 0.008 |
| Transaction Ref #15 - Flipping and spinning | 2021-08-10, 3:57:06 | 2021-08-10, 4:00:08 | BUY | | | 0.2 | 0.008 |
| Transaction Ref #16 - Flipping and spinning | 2021-08-10, 3:57:06 | 2021-08-10, 6:21:51 | SELL | 0.5 | 0.063 | | |
| Transaction Ref #17 - Flipping and spinning | 2021-08-10, 3:57:06 | 2021-08-10, 6:22:52 | SELL | 0.55 | 0.069 | | |
| Transaction Ref #18 - Flipping and spinning | 2021-08-10, 3:57:06 | 2021-08-10, 6:31:59 | SELL | 0.6 | 0.075 | | |
| Transaction Ref #19 - Flipping and spinning | 2021-08-10, 3:57:06 | 2021-08-10, 7:51:46 | SELL | 0.65 | 0.081 | | |
| Transaction Ref #20 - Flipping and spinning | 2021-08-10, 3:57:06 | 2021-08-10, 12:57:49 | SELL | 0.45 | 0.056 | | |

| ETH TOTALS | |
|---|---|
| ETH profit of all trades (some not pictured above) as alleged by government | 16.16 |
| ETH received in sales of items purchased after their promotion (Column E) | 4.42 |
| ETH fees sent to OpenSea (OpenSea 2.5% fee + artist royalty of 0-10%) in sales of items purchased after their promotion (Column F) | 0.461 |
| ETH used to buy items after their promotion (Column G) | 1.74 |
| ETH fees used to buy items after their promotion (Column H) | 0.064 |
| ETH profit to exclude (Column E - Column F - Column G - Column H) | 2.156 |
| ETH profit after trades above excluded (16.16 - 2.156) | **14.004** |

| USD TOTALS | |
|---|---|
| Total USD profit based on USD value of all ETH trades at time of transaction (some not pictured above) | $57,115.00 |
| Total USD profit based on USD value of all ETH trades based on today's ETH value (some not pictured above) | $27,029.54 |
| Total USD value to subtract based on ETH conversion at today's value | $3,605.79 |
| Total USD value to subtract based on ETH conversion at time of transactions | $6,051.88 |
| New USD value if trades above subtracted based on ETH conversion at time of transaction | **$51,063.12** |
| New USD profit if trades above subtracted and remaining ETH converted at today's value | **$23,423.75** |

| ETH REFERENCES AND ETHERSCAN RECORDS OF ABOVE TRANSACTIONS | |
|---|---|
| ETH/USD conversion rate today (Source: https://etherscan.io/chart/etherprice) | $1,672.62 |
| ETH/USD conversion rate at time of transaction | *Varies based on date* |
| https://etherscan.io/tx/0xe8d6ba933173ba0280d827cf222c5d62c279cfc7deb35f8b6540fe07c69ca0ca | Transaction Ref #1 - CRYPTOPANDA BY J_SKY |
| https://etherscan.io/tx/0xdb3834710b939833e7e64dde5f7e1a24291fecde6e1ac96481475ce8eead0415 | Transaction Ref #2 - CRYPTOPANDA BY J_SKY |
| https://etherscan.io/tx/0x85dbfdbe9908240cad5413017869fdb5d21fdf2677679753c71bcd915a731a7e | Transaction Ref #3 - CRYPTOPANDA BY J_SKY |
| https://etherscan.io/tx/0xd040876006e13a2af7d165b1e163681c26e414b37eae9b9ac2edcfd041f82303 | Transaction Ref #4 - CRYPTOSNAKE BY J_SKY |
| https://etherscan.io/tx/0xb194f09953913a5060baf35709640d5fbeb80deb72756b0e6dfa958f5cd5d5df | Transaction Ref #5 - Don't get me wrong |
| https://etherscan.io/tx/0x65a622368d5a0c184b10d061bbea169236ea1f17c00871c43fe9c76b8c6f34b3 | Transaction Ref #6 - Don't get me wrong |
| https://etherscan.io/tx/0xcf74fcd99c23959e39e661fb608dc4f47218088abd6f2f10715a7e29da652f1a | Transaction Ref #7 - THOUGHTS |
| https://etherscan.io/tx/0x774e872434bd6f4b17ab9e1a1d96d2426ef879c087865ad9293e657ba06a111d | Transaction Ref #8 - THOUGHTS |
| https://etherscan.io/tx/0x862babc15e95466c2fa883dee6eaf184c7e989b65cf0909ad719481c988d8f46 | Transaction Ref #9 - D0p3 R1D3r |
| https://etherscan.io/tx/0xaca0d7712623ce5903ef0bb7153184e0f893767916d111bcb95c98dd9030fdc8 | Transaction Ref #10 - D0p3 R1D3r |
| https://etherscan.io/tx/0x11e7f34f9b671530a5302d9f62486fd7c650132b0c42dfb93655fe6bfc81e118 | Transaction Ref #11 - Flipping and spinning |
| https://etherscan.io/tx/0x5c3754fb087165f772af50b5a6582b376871c075f9a6ddc13ef8933945b2e7c7 | Transaction Ref #12 - Flipping and spinning |
| https://etherscan.io/tx/0xe5552638d03d7569abf45cf00451ff2cc2a24ab013a41485601ed93f1a979637 | Transaction Ref #13 - Flipping and spinning |
| https://etherscan.io/tx/0x32ad8e6f7a231ba8ea23ca4d675893a5cee4a743e4116d9c68cf6f56b501db8f | Transaction Ref #14 - Flipping and spinning |
| https://etherscan.io/tx/0xd34138b5a3874da9e9ec16f4a73e0b909640eee20484e4739c7396b84d22945a | Transaction Ref #15 - Flipping and spinning |
| https://etherscan.io/tx/0xb76eb6bfa87766302783649e33c5b2ddd941799fb0e8de39fa8a725256963c38 | Transaction Ref #16 - Flipping and spinning |
| https://etherscan.io/tx/0x2f50445dfcf5c22bb46d9ca417c2455634920b949a905d8fe87f218a750a1013 | Transaction Ref #17 - Flipping and spinning |
| https://etherscan.io/tx/0xf992e96aaaefbda778c57c3d1e8b45e03dde7179af3d40a8bbc2e67d0d4f3342 | Transaction Ref #18 - Flipping and spinning |
| https://etherscan.io/tx/0xb620e26f021ecbe719c693b9d8ea9845c6ab8d8cabe7050371b973cad23d6713 | Transaction Ref #19 - Flipping and spinning |
| https://etherscan.io/tx/0x577288d5043185a742e9a6e9c476c98dd64bae3b4f243ad29376e0d3cddeca56 | Transaction Ref #20 - Flipping and spinning |