

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2023

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Nathaniel Chastain*, No. 22 Cr. 305 (JMF)

Dear Judge Furman:

  The Government respectfully submits the enclosed Preliminary Order of Forfeiture as to Specific Property in connection with sentencing in the above-captioned case. Defense counsel has reviewed the Order, and without waiving any preserved objections, the defense has no objection to the language in the proposed Order.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

      by: /s/
        Thomas Burnett
        Allison Nichols
        Nicolas Roos
        Assistant United States Attorneys

Cc: Defense Counsel
   Via ECF

*Enclosure*