Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

RECEIVED
SEP 01 2023
S.D.N.Y - APPEALS

Caption:
United States

v.

Nathaniel Chastain

Docket No.: 1:22-cr-00305-JMF-1

Jesse M. Furman
(District Court Judge)

Notice is hereby given that Nathaniel Chastain appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____
(specify)
entered in this action on August 23, 2023.
(date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ☐

Defendant found guilty by plea ☐  | trial ✓ | N/A ☐ .

Offense occurred after November 1, 1987? Yes ✓ | No ☐ | N/A ☐

Date of sentence: August 22, 2023 _____ N/A ☐

Bail/Jail Disposition: Committed ✓ | Not committed ☐ | N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐ | If yes, provide the following information

| | |
|---|---|
| Defendant's Counsel: | Alexandra A.E. Shapiro |
| Counsel's Address: | Shapiro Arato Bach LLP |
| | 1140 Avenue of the Americas, 17th Floor, New York, NY 10036 |
| Counsel's Phone: | (212) 257-4881 |
| Assistant U.S. Attorney: | Thomas Burnett |
| AUSA's Address: | The Silvio J. Mollo Building |
| | One Saint Andrew's Plaza, New York, New York 10007 |
| AUSA's Phone: | (212) 637-1064 |

_____
Signature

*handwritten margin notes: 9/1/23 AF / $505.00 / Receipt # 20526*

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Sep 1, 2023 2:07PM

NATHANIEL CHASTAIN

Rcpt. No: 20526          Trans. Date: Sep 1, 2023 2.07PM          Cashier ID: #AF

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $505.00 |

Total Due Prior to Payment: $505 00

Total Tendered: $505 00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 22CR305 JMF

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.