

David I. Miller
Tel 212.801.9205
Fax 212.801.6400
david.miller@gtlaw.com

September 6, 2023

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    **United States v. Nathaniel Chastain, 22-cr-305 (JMF)**

Dear Judge Furman:

     As the Court is aware, we represent the defendant, Nathaniel Chastain, in the above-referenced matter.  We write to advise the Court that Mr. Chastain has decided to withdraw his application for bail pending appeal.  Accordingly, pursuant to the Court's Order at the August 22, 2023 sentencing, and the Judgment in this matter, Mr. Chastain will self-surrender by 2:00 p.m. on November 2, 2023 to begin serving his sentence while his appeal is pending.

     Thank you for the Court's consideration.

                    Respectfully submitted,

                    GREENBERG TRAURIG, LLP

                    By: /s/ David I. Miller    .
                    David I. Miller
                    Daniel P. Filor
                    Nicholas T. Barnes
                    Charles J. Berk
                    One Vanderbilt Avenue
                    New York, NY 10017
                    Telephone: (212) 801-9200
                    Facsimile: (212) 801-6400

                    *Attorneys for Nathaniel Chastain*

cc:    AUSA Nicolas Roos
       AUSA Thomas Burnett
       AUSA Allison Nichols