

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 12, 2026

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Nathaniel Chastain*, **No. 22 Cr. 305 (JMF)**

Dear Judge Furman:

      The Government writes to request that the Court adjourn the status conference scheduled for Wednesday, January 14, 2026 at 10:30 a.m. The parties are negotiating a disposition of this matter and expect to be able to advise the Court of the outcome of those discussions within a week of the currently scheduled conference. Accordingly, we respectfully request that the Court adjourn the scheduled conference and order the filing of an update by or before January 21, 2026. The defendant, through counsel, consents to the request.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

     by: *Nicolas Roos*
          Thomas Burnett
          Allison Nichols
          Nicolas Roos
          Assistant United States Attorneys

Cc:    Defense Counsel
       Via ECF