

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 21, 2026

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Nathaniel Chastain*, No. 22 Cr. 305 (JMF)

Dear Judge Furman:

  The Government writes to provide the Court with an update concerning the above-referenced case.

  In light of the fact that the defendant has already served the custodial parts of the sentence that was previously imposed in this case, and because the defendant has agreed not to contest the forfeiture of the property he obtained through his buying and selling of non-fungible tokens, the Government has determined that the interest of the United States will be best served by deferring prosecution of this matter and not retrying the case. Accordingly, the parties have agreed to and signed a deferred prosecution agreement, which is enclosed. Under the terms of the agreement, the prosecution of the defendant will be deferred, the Speedy Trial Act will be tolled, and the statute of limitations will be waived during the one-month term of deferral. Following the completion of the term of deferred prosecution, the Government will move to dismiss the Indictment in this case with prejudice.

  Because the defendant was previously arraigned on the Indictment and the agreement does not require consent to the filing of an Information, the Government respectfully submits that the defendant's personal appearance—otherwise required under Federal Rule of Criminal Procedure 43(a)—is unnecessary for the Court to enter the agreement and exclude time under the Speedy Trial Act. The defendant, through counsel, has specifically consented to the entry of the agreement

and the exclusion of time without such an appearance. If the Court nonetheless requires a hearing or wishes to address the parties, we remain available at the Court's convenience.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: *Nicolas Roos*
Thomas Burnett
Allison Nichols
Nicolas Roos
Assistant United States Attorneys

Cc: Defense Counsel
    Via ECF

2022.01.24