UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,       :

              :      22-cr-305 (JMF)

     -against-         :

              :      [PROPOSED] ORDER TO

NATHANIEL CHASTAIN,      :      RETURN CRIMINAL FINE

              :      AND SPECIAL ASSESSMENT

         Defendant.    :

--------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

WHEREAS on August 23, 2023, this Court entered a Judgment ordering Nathaniel Chastain ("Mr. Chastain") to serve three months' imprisonment and three years of supervised release with a special condition of three months' home detention. (*See* Dkt. 154). The Judgment further ordered Mr. Chastain to forfeit 15.98 ETH tokens, pay a fine of $50,000, and pay a special assessment of $200 (*see id.*);

WHEREAS on August 23, 2023, Mr. Chastain paid $200 through the website www.pay.gov, representing the full sum of the above-referenced special assessment.

WHEREAS on September 1, 2023, Mr. Chastain filed his Notice of Appeal to the United States Court of Appeals for the Second Circuit from the above-referenced Judgment (Dkt. 157);

WHEREAS on January 8, 2024 and February 14, 2024, Mr. Chastain paid $25.00 and $49,975.00, respectively, representing the full sum of the above-referenced fine;

WHEREAS on July 31, 2025, the United States Court of Appeals for the Second Circuit vacated the judgment of conviction against Mr. Chastain in its entirety and remanded the case for further proceedings consistent with that Court's opinion. *See United States v. Chastain*, No. 23-7038 (2d Cir. 2023) (Dkt. 62);

WHEREAS the Mandate issued on January 5, 2026 (Dkt. 165);

WHEREAS on January 21, 2026, Mr. Chastain and the Government entered into a Deferred Prosecution Agreement that was so-ordered by the Court on January 22, 2026, in which the Government consented to Mr. Chastain's application to seek the return of the $50,000 fine and $200 special assessment he previously paid (Dkt. 170).

IT IS HEREBY ORDERED THAT:

1.    The Clerk of Court is directed to return $50,200 to Mr. Chastain, representing the sum he paid to the Court in satisfaction of the fine and special assessment for the Judgment that has since been vacated, by Electronic Funds Transfer using the banking information on the Form AO 213P Mr. Chastain will provide to the Finance/Cashier Department.

**SO ORDERED.**

**Date:**  February 12 , **2026**
      **New York, New York**

_____
      **JESSE M. FURMAN**
      **United States District Judge**

2